FILED
JAMES BONINI
CLERK

2005 SEP 15 P 2: 46

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHELLE ORTIZ,

    Plaintiff,

v.

REBECCA BRIGHT

    Defendant.

Case No. 2:98-CV-1031

JUDGE ALGENON L. MARBLEY

### Verdict Form No. 1

We, the jury, having been duly empaneled and sworn, find the following by a preponderance of the evidence:

1. Did defendant Bright commit acts that violated plaintiff Ortiz's constitutional right not to be placed in solitary confinement for an unlawful purpose such as retaliation or intimidation?

   Yes __✓__      No ____

**IF YOU ANSWERED YES TO QUESTION 1, CONTINUE WITH QUESTION 2. IF YOU ANSWERED NO TO QUESTION 1, STOP HERE.**

2. Were defendant Bright's acts the proximate or legal cause of damages sustained by plaintiff Ortiz?

   Yes __✓__      No ____

**IF YOU ANSWERED YES TO QUESTION 2, CONTINUE WITH QUESTION 3. IF YOU ANSWERED NO TO QUESTION 2, STOP HERE.**

3. Should plaintiff Ortiz be awarded damages to compensate for physical pain, suffering, and emotional distress?

   Yes __✓__   No ____

   If your answer is yes, in what amount? $ __25,000.00__
   Twenty-five thousand dollars

4. Did defendant Bright act with malice or reckless indifference to plaintiff Ortiz's federally protected rights such that punitive damages should be assessed against the defendant Bright?

   Yes __✓__   No ____

   If your answer is yes, in what amount? $ __250,000.00__
   Two hundred fifty thousand dollars

SIGNED THIS __15__ DAY OF __September__, 2005.

**PROCEED TO VERDICT FORM NO. 2.**

FILED
JAMES BONINI
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

2005 SEP 15 P 2:46

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

MICHELLE ORTIZ,

      Plaintiff,

      : Case No. 2:98-CV-1031

v.

PAULA JORDAN

      : JUDGE ALGENON L. MARBLEY

      Defendant.

## Verdict Form No. 2

We, the jury, having been duly empaneled and sworn, find the following by a preponderance of the evidence:

1. Did defendant Jordan fail to protect plaintiff Ortiz from a substantial risk of serious harm, which constitutes cruel and unusual punishment?

    Yes __✓__      No_____

**IF YOU ANSWERED YES TO QUESTION 1, CONTINUE WITH QUESTION 2. IF YOU ANSWERED NO TO QUESTION 1, STOP HERE.**

2. Was defendant Jordan's failure to act the proximate or legal cause of damages sustained by plaintiff Ortiz?

    Yes __✓__      No_____

**IF YOU ANSWERED YES TO QUESTION 2, CONTINUE WITH QUESTION 3. IF YOU ANSWERED NO TO QUESTION 2, STOP HERE.**

-55-

3. Should plaintiff Ortiz be awarded damages to compensate for physical pain, suffering, and emotional distress?

   Yes ✓      No ____

   If your answer is yes, in what amount? $ 250,000.00
   Two hundred fifty thousand dollars

4. Did defendant Jordan act with malice or reckless indifference to plaintiff Ortiz's federally protected rights such that punitive damages should be assessed against the defendant Jordan?

   Yes ✓      No ____

   If your answer is yes, in what amount? $ 100,000.00
   One hundred thousand dollars

SIGNED THIS 15 DAY OF September, 2005.