AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

MICHELLE ORTIZ

**JUDGMENT IN A CIVIL CASE**

V.

GEORGE VOINOVICH, ET AL

Case Number: C2-98-1031

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the jury found in favor of the plaintiff and against the defendants in the amount of $625,000. This action is hereby DISMISSED.

| | |
|---|---|
| 9/20/2005 | James Bonini |
| Date | Clerk |
| | s/Betty L. Clark |
| | (By) Deputy Clerk |