## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MICHELL ORTIZ | ) | Case No. 2: 98-CV-1031 |
| Plaintiff | ) | |
| | ) | JUDGE ALGENON MARBLEY |
| vs. | ) | |
| | ) | **MOTION TO AMEND** |
| GEORGE VOINOVIC, et al. | ) | **JUDGMENT TO INCLUDE** |
| | ) | **ATTORNEY FEES AND COSTS** |
| Defendants. | ) | |
| | ) | |

On September 15, 2005, the jury awarded Ms. Ortiz $625,000.00 dollars in damages. Ms. Ortiz's suit was filed under the authority of 42 U.S.C. §1983. Pursuant to the Civil Rights Attorney Fees Award Act of 1976, 90 State 2641 was amended to 42 U.S.C. 1988.

Wherefore, the plaintiff 's counsel, requests this Honorable Court to grant plaintiff, as the prevailing party in a 1983 action, attorney fees and cost, as more fully described in the Memorandum attached and incorporated herein.

Respectfully submitted,

/s/John J. Ricotta
John J. Ricotta, Esq. #0000778
425 Lakeside Avenue, 1st Floor
Cleveland, Ohio  44113
(216) 241-0715

## **CERTIFICATE OF SERVICE**

A copy of the Motion to Amend Judgment to Include Attorney Fees and Costs was served this 23, day of September, 2005 to the Office of the United States Attorney, Attention Mr. Phillip King, Assistant United States Attorney, via electronic filing.

/s/John J. Ricotta
John. J. Ricotta
Counsel for Ms. Ortiz

JJR/djz

## **MEMORANDUM**

The undersigned became involved in the subsequent matter of Ms. Ortiz's case in September of 1999. The case went to trial in September, 2005. The itemized time records are only those of undersigned involved in preparing the case. The hourly have been itemized and is attached and incorporated herein as Exhibit A, with an hourly rate of 195.00 dollars per hour. (See Exhibit A affidavit of Attorney John J. Ricotta).

Therefore, pursuant to the authority of 42 USC 1988 the plaintiff requests this Honorable Court to amend the judgment of 625,000.00 dollars entered on September 15, 2005, to include the amount of $38,067.54 which represents Ms. Ortiz's costs, including attorney fees the plaintiff is entitled to recover as the prevailing civil rights plaintiff.

/s/John J. Ricotta
John. J. Ricotta
Counsel for Ms. Ortiz

| | |
|---|---|
| STATE OF OHIO | : |
| | :     SS |
| COUNTY OF CUYAHOGA | : |

## **A F F I D A V I T**

John J. Ricotta being duly sworn does states as follows:

1. I am an attorney in good standing in the State of Ohio and State of New York;

2. I was admitted to the practice of law in Ohio in 1980;

3. I have participated in excess of 100 jury trials;

4. My customary hourly rate for legal services is $195.00 per hour;

5. I have reviewed the time sheet for the Ortiz matter, and believe that it represents the minimal amount of hours expended in preparation of her case, and does not represent legal work done on behalf of Ms. Ortiz by the other attorneys involved, or my former associate Mark Herron.

6. I was involved in the case for approximately 6 years;

7. The amount of $38,067.54 is fair and accurately represents my time in the Ortiz matter.

I hereby certify that the information I have provided in this disclosure is true to the best of my knowledge.

FURTHER, AFFIANT SAYETH NAUGHT.

/s/John J. Ricotta
_____
JOHN J. RICOTTA, AFFIANT

Sworn to and subscribed before me, a Notary Public, this 23rd day of September, 2005.

Debra Zicarelli
NOTARY PUBLIC

My commission expires:
November 2, 2007

LEGAL SERVICES RENDER BY:
JOHN J. RICOTT, ESQ
425 Lakeside Avenue, 1st Floor
Cleveland, Ohio  44113
(216) 241-0715

<u>1999</u>

| Date | Description | Hours |
|---|---|---|
| 09/07/99 | Mtg. w/client, will undertake case. | 1.5 |
| 09/08/99 | Call to Columbus for Certificate of Good Standing. | .3 |
| 09/13/99 | Mtg. w/associate M. Herron, prep. and file Motion Pro Hac Vice, Entry of Appearance. | .6 |
| 09/13/99 | Ran docket; learned case be dismissed by court, call to O'Brien re: same. | .8 |
| 09/16/99 | Review Vacate and Motion to Reinstate case. | .4 |
| 09/30/99 | R/R of Defendant's response to motion. | .5 |
| 10/25/99 | R/R of Order granting Motion to Vacate. | .2 |
| 12/16/99 | Review of Plaintiff's Answer to First Set of Interr. & Request for Production of documents. | 1.0 |
| | Total hours for 1999 | 5.5 |

2000

| Date | Description | Hours |
|---|---|---|
| 01/11/00 | Rec'vd part of file from Ortiz's former counsel, attempted to reconstruct file, and documents. | 6.4 |
| 01/28/00 | Mtg. w. Ms. Ortiz to review her physical and psychological records for the past ten years. | 1.5 |
| 01/29/00 | Mtg. w/associate M. Herron directed to send out requests to all providers. | .5 |
| 02/11/00 | R/R of Motion to Compel by Defendants. | 1.5 |
| 02/10/00 | Response to Plaintiff's Motion to Compel. | .6 |
| 02/22/00 | Motion for Default against Defendant Schultz. | 1.0 |
| 02/24/00 | R/R Response by Defendants to Motion for Default. | .8 |
| 03/09/00 | Plaintiff's Reply to defendants Response for Default. | 1.1 |
| 04/06/00 | R/R of defendants status report. | .3 |
| 04/27/00 | Plaintiff status report filed. | .7 |
| 08/07/00 | R/R of Report & Recommendation of Mag. Abel. | .8 |
| 08/14/00 | Objections filed to Report. | 1.4 |
| 10/10/00 | Joint Status filed. | .6 |
| 10/24/00 | R/R Order fr. J. Abel; discovery deadline 02/02/01 | .2 |
| | Total hours for 2000 | 17.4 |

<u>2001</u>

| Date | Description | Hours |
|---|---|---|
| 01/05/01 | Entry of Appearance P. King. | .1 |
| 01/18/01 | Prep. Darlene & William DeMarche for deposition, M. Herron to attend same. | 1.2 |
| 01/24/01 | Reviewed Depo, Summary, prep. By M. Herron re: Depos. | .6 |
| 02/20/01 | Motion to Extend Discovery. | .4 |
| 02/20/01 | Motin for Referral to DDR. | .5 |
| 02/27/01 | R/R of defendants Memo in Opp. To Motion to Extend Discovery. | .2 |
| 03/02/01 | R/R of defendants Motion for Sum. Judgment. | 3.3 |
| 04/05/01 - 04/06/05 | Prep. research for Rely Brief; assign M. Herron to respond. | 4.1 |
| 05/22/01 | R/R of Reply Brief of Defendants. | .8 |
| | Total hours for 2001 | 11.2 |

<u>2002</u>

| | | |
|---|---|---|
| 04/01/02 | R/R of Opinion and Order of J. Marbley. | 1.1 |
| 04/08/02 | Letter to Ortiz, re: posture of case etc. | .4 |
| 04/26/02 | Call to Atty. General re: settlement etc. | .3 |
| 09/05/02 | Prep. Motion for ADR Referral. | .4 |
| | Total hours for 2002 | 2.2 |

<u>2003</u>

| Date | Description | Hours |
|---|---|---|
| 05/01/03 | Call from Court re: scheduling settlement conference. | .2 |
| 05/08/03 | Notice of hearing on 06/12/03. | .1 |
| 05/12/03 | Letter to Ortiz re: same. | .3 |
| 05/19/03 | Mtg. w/Ortiz and prep. for settlement. | 1.5 |
| 05/20/03 | Call to Atty. General/settlement demand. | .4 |
| 06/05/03 | Prep. settlement brief for mediation. | 1.0 |
| 06/09/03 | Mediator cancelled; advised client. | .2 |
| | Total hours for 2003 | 3.7 |

<u>2004</u>

| | | |
|---|---|---|
| 01/04/04 | Prep. And file Motion to Reschedule mediation. | .4 |
| 02/04/04 | Recv'd Notice of Mediation; advise client w/ letter. | .3 |
| 02/13/04 | Mtg. w. Ortiz; review file etc. | 1.6 |
| 02/24/04 | Letter to Atty. General; Demand letter follow up. | .5 |
| 03/08/04 | Travel to Columbus for med.; state offer 5,000.00; rejected. | 7.5 |
| 10/02/04 | Call to Atty. General re: joint status report. | .6 |
| 10/21/04 | Exchange reports w/ Atty General for Mag. Abel; file same. | .8 |
| 10/28/04 | Telephone conf. Re: status of case. | .5 |
| | Total hours for 2004 | 12.2 |

<u>2005</u>

| Date | Description | Hours |
|---|---|---|
| 07/21/05 | Letter to Ortiz re: trailing docket schedule. | .4 |
| 08/22/05 | R/R of Defendants Objection to Report. | .4 |
| 03/29/05 | Prep. Motion to set case for trial. | .3 |
| 03/31/05 | R/R of Order setting dates w/standing Order. | .5 |
| 04/4/05 | Pulled disc. file re: Interrogatories, answers from Plaintiff and Defendant. | 1.2 |
| 04/8/05 | Review of Motion for summary judgment by State. | .8 |
| 04/11/05 | Review of Judge Opinion/ evaluate for Jury Instructions. | 1.0 |
| 04/14/05 | Review Ms. Ortiz'z prior medical history and records for trial/admission/an/or/witness | 2.0 |
| 04/15/05 | Review of Jordan's personal file. | .7 |
| 04/21/05 | Review medical records for Nord Center. | 1.0 |
| 05/04/05 | Reviewed original complaint. | .4 |
| 05/04/05 | Call for M. Oritz re: status of case. | .3 |
| 05/05/05 | Review and tag Ortiz Ohio Dept. of Rehabilitation; re: Ortiz, pages 1 through 500. | 2.7 |
| 05/09/05 | Review Statement of J. Gerkin, C. Gooch re: investigation by Bright . | .7 |
| 05/10/05 | Call from P. King re: need to change trial date. | .3 |
| 05/12/05 | Call P. King 07/18/05 trial, ok needs demand letter. | .4 |
| 05/13/05 | Review polygraph relevant, call to Dayton to discuss; polygrapher deceased. | .8 |
| 05/13/05 | Review Bright personal file. | .7 |
| | Page total | 14.6 |

| Date | Description | Hours |
|---|---|---|
| 05/16/05 | Call to Nord Center re: location of N. Breckenridge and Alexander; no information; ran check through State licensing re: same. | 1.2 |
| 05/17/05 | Review personal file of Douglas Schultz. | .5 |
| 05/21/05 | R/R of Entry of Appearance of M. Reese, Notice of Suggestion of death re: Rodger. | .3 |
| 05/22/05 | Call to Ms. Ortiz re: settlement Conf. Requesting to be excused, prep. Motion to Waive Appearance re: same. | .8 |
| 05/23/05 | Prep. letter to King renew demand of 02/24 of $150,000.00 fax same. | .6 |
| 05/25/05 | Call from State offer $5,000.00, advised client of same. | .7 |
| 05/26/05 | Call from Court Jurist re: evaluating case and status, prepare same and fax to court by 5:00 p.m. | 2.3 |
| 06/08/05 | Prep. initial witness list w. synopsis of testimony. | 3.3 |
| 06/09/05 | Call P. King re: witness availability; subpoena list, discuss trial. | .4 |
| 06/10/05 | Pulled interrogatories to check disclosure of all witnesses. | .4 |
| 06/13/05 | Review Ortiz Oh. St. Reform. Record 500 - 1011, tag same. | 1.6 |
| 06/15/05 | Call P. King re: offer of Judgment, R/R of fax; letter Rule 68 offer of judgment $15,000.00. | .6 |
| 06/15/05 | Call to Ms. Ortiz re: offer; discuss same. | .5 |
| 06/17/05 | Prep. history of exhibits for trial pull same for trial. | 3.0 |
| 06/22/05 | Call to P. King re: copy of Audio tapes. | .3 |
| 06/24/05 | Letter to P. King w/ list of witnesses & Exhibits. Letter to Judge Marbley re: same. | .5 |
| 06/24/05 | Research at Law Library, re: Jury Instruction; pulled Murphy re: same. | 3.7 |
| 06/25/05 | Prep. Proposed Jury Instruction to Court. | 2.6 |
|  | Page total | 23.3 |

| | | |
|---|---|---|
| 06/28/05 | R/R of states Exhibits & Witness List. | .7 |
| 06/29/05 | Prep. Plaintiff's Motion in Limine. | 3.4 |
| 06/29/05 | R/R of audio tapes, 7 & 8, of Ortiz. | 1.2 |
| 06/29/05 | Call to P. King, one tape inaudible. | .3 |
| 07/01/05 | R/R of Defendant's Motion in Limine. | .8 |
| 07/05/05 | R/R of defendant's Proposed Jury Instruction, and objection to Plaintiff's Proposed Jury Instruction. | 1.1 |
| 07/05/05 | R/R of Defendant's Response to Plaintiff's Motion in Limine. | .7 |
| 07/05/05 | Phone contact w/defendant's counsel, M. Reese to email Joint Final PT Order, reviewed, modified, email back, discussed and finalized. | 1.6 |
| 07/06/05 | Call fr. Uri Jurist re: exhibits & witness list, sent by mail, refiled electronically. | .4 |
| 07/06/05 | Prep. & file trial brief. | 1.2 |
| 07/06/05 | R/R of Defendant's Response to Motion in Limine. | .7 |
| 07/07/05 | Travel to Columbus, attended final pt, Court engaged, continued from 1:30 p.m. to 3:00 p.m., travel back to Cleveland. | 6.7 |
| 07/07/05 | R/R of Proposed Voir Dire. | .4 |
| 07/07/05 | R/R of Defendant's trial brief. | .5 |
| 07/18/05 | Call from defense counsel, requesting a specific trial date, will file joint motion, re: same. | .4 |
| 07/18/05 | R/R of joint motion to set trial date. | .2 |
| 07/21/05 | Letter to Ortiz re: trailing docket schedule. | .4 |
| 08/22/05 | R/R of Defendants Objection to Report. | .4 |
| 08/26/05 | Advised trial proceed 09/12/05. | .2 |
| | Page Total | 21.3 |

| Date | Description | Hours |
|---|---|---|
| 08/30/05 | Letter to advise client of trial. | .4 |
| 09/02/05 | Prep. for trial. | 3.7 |
| 09/02/05 | Letter to client w. direction, etc. | .4 |
| 09/06/05 | Prep. for trial, voir dire; opening. | 3.7 |
| 09/07/05 | Prep. Exhibit folders, prep. for trial. | 4.7 |
| 09/08/05 | Prep. trial, check w/ atty. general re: scheduled witnesses, opening statement. | 5.0 |
| 09/09/05 | Final prep. for trial. | 5.5 |
| 09/10/05 | Put files together for trial; review same. | 3.3 |
| 09/11/05 | Travel to Columbus; review for a.m. | 5.0 |
| 09/12/05 | Trial. | 8.2 |
| 09/13/05 | Trial. | 8.4 |
| 09/14/05 | Trial. | 9.0 |
| 09/15/05 | Trial. | 6.3 |
| 09/19/05 | Prep. Motion for Atty. fees. | 4.2 |
| 09/20/05 | Prep. Motion for Atty. fees. | 3.0 |
| 09/21/05 | Prep. and research Motion for prejudgment interest. | 5.5 |
| 09/22/05 | Prep. Motion for prejudgment interest. | 6.0 |
| | Page Total | 82.3 |
| | Total hours for 2005 | 141.5 |
| | Total hours | 193.7 |

EXPENSES

| | | |
|---|---|---:|
| 01/26/01 | McGinnis & Associates, Inc., Served Subpoenas, Inv. #7692/33956 | 103.55 |
| 02/01/01 | McGinnis & Associates, Inc. Depositions, Inv. #7692/34288 | 192.50 |
| | Total Invoices: | 296.05 |

| | |
|---|---:|
| 193.7 hours at a rate of 195.00 per hour | 37,771.50 |
| Expenses | 296.04 |
| **Total for this matter:** | **38,067.54** |