UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **MICHELLE ORTIZ,** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:98-CV-1031 |
| | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| | : | Magistrate Judge Abel |
| **PAULA JORDAN, et al.,** | : | |
| | : | |
| Defendants. | : | |

## ORDER SCHEDULING STATUS CONFERENCE

This matter is before the Court on Parties' Joint Motion to Schedule a Status Conference, (Dkt. 128), in regard to the resolution of this matter and a possible request for relief under Fed. R. Civ. P. 67.  In the interest of finally resolving this matter as efficiently as possible and to avoid the need for any further litigation, counsel for the parties are hereby directed to be available by telephone on **Wednesday, March 14, 2012, at 2:00 p.m.** for a brief status conference with the Court to address these issues.  The Court will initiate the phone conference.


    IT IS SO ORDERED.


                                                         /s/ Alegenon Marbley
                                            **ALGENON L. MARBLEY**
                                            **UNITED STATES DISTRICT JUDGE**

**DATED: March 8, 2012**

-1-