IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Michelle Ortiz, | : | |
| | : | |
| Plaintiff, | : | Case No: 2:98-cv-01031 |
| | : | |
| v. | : | |
| | : | District Judge Marbley |
| George V. Voinovich, *et al.*, | : | |
| | : | Magistrate Judge Preston Deavers |
| Defendants. | : | |

## ORDER

On March 14, 2012, the Court and the Parties conducted a status conference pursuant to Order, (Doc. 129). Upon oral motion discussed in that conference, and for good cause shown as to that motion, the Parties are directed to deposit any settlement check regarding the resolution of this case with the Clerk of this Court **no later than Friday, March 23, 2012**. Fed. R. Civ. P. 67(a). The Parties conveyed to the Court that the Parties have agreed to settle this matter for $980,000.

IT IS SO ORDERED.

*/s/ Algenon L. Marbley*
Algenon L. Marbley, District Judge
United States District Court
Southern District of Ohio

Date: March 14, 2012