# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **MICHELLE ORTIZ,** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:98-CV-1031 |
| | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| | : | Magistrate Judge Abel |
| **PAULA JORDAN, et al.,** | : | |
| | : | |
| Defendants. | : | |

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

This case is set for a Telephonic Status Conference on **Tuesday, March 20, 2012,** beginning at **10:00 a.m.**  The Court will initiate the phone conference, and trial counsel for the respective parties are to be available by telephone.  This Order supersedes any prior orders setting a status conference.  The conference is not expected to exceed thirty minutes in length.

**IT IS SO ORDERED.**

                                               s/Algenon L. Marbley  
                                               **ALGENON L. MARBLEY**  
                                               **UNITED STATES DISTRICT COURT**

**DATE: March 16, 2012**