UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE ORTIZ, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:98-CV-1031 |
| | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| | : | Magistrate Judge Abel |
| PAULA JORDAN, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER SCHEDULING SETTLEMENT CONFERENCE

This case is set for a settlement conference on **Wednesday, March 28, 2012 at 9:00 a.m.**, under Fed. R. Civ. P. 16(a)(5) and (b)(9), before The Honorable Algenon L. Marbley, United States District Court, 85 Marconi Boulevard, Room 319, Columbus, Ohio 43215.

Counsel and the parties shall adhere to the following with respect to the settlement conference:

(1)     The trial attorney for each party must attend the conference.

(2)     The parties or principals with settlement authority shall be present.  28 U.S.C. § 473 (b)(5); Fed. R. Civ. P. 16(c).  Upon written motion and for good cause shown, the parties or principals with settlement authority may satisfy the presence requirement by being available by telephone.  Such motion must be made at least one (1) week in advance of the settlement conference.  Failure to appear or failure to obtain the Court's permission to appear by telephone shall result in sanctions against the offending party.

(3)     Lack of discovery or settlement authority will not excuse active participation in the conference.

(4)     On **Monday, March 26, 2012,** each party shall submit directly and only to the

<u>Court's</u> <u>Chambers</u> a letter, not to exceed five pages, (a) explaining the party's theory of the case, (b) indicating its position on settlement (in monetary terms, if applicable), and (c) setting forth all conditions necessary to achieve settlement (including non-monetary terms).

Any questions regarding the settlement conference should be addressed to the Court's Law Clerk, Robert Haferd at (614) 719-3263.

With respect to the issue regarding the deposit of the settlement check with the Court, the prior deadline to deposit the check of March 23, 2012 is withdrawn.  Defendants are hereby **ORDERED** to deposit the settlement check with the Court pursuant to Fed. R. Civ. P. 67 within 45 days of gathering all the remaining required signatures to the settlement agreement.

This order supersedes all previous orders in this case to the extent previous orders are inconsistent with this order.

**IT IS SO ORDERED.**

      /s/ **Alegenon Marbley**
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: March 20, 2012**