IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Michelle Ortiz,

        Plaintiff,

        v.

George V. Voinovich, *et al.*,

        Defendants.

Case No: 2:98-cv-01031

District Judge Marbley

Magistrate Judge Preston Deavers

### Order

As noted in a previous order, the Plaintiff, Michelle Ortiz, agreed to settle this matter with the Defendants for $980,000. That agreement has been fully executed by the Parties. Left unresolved was the division of those funds among (i) Michelle Ortiz; (ii) her current attorney David Mills; and (iii) her former attorney, John Ricotta. At a settlement conference conducted by this Court on March 28, 2012, these individuals reached the following agreement, on the record, for the division of the $980,000 total amount: $570,000 to Ortiz; $290,000 to Mills; and $120,000 to Ricotta. They further agreed that any amounts owed to David Mills' co-counsel for proceedings in the U.S. Supreme Court would come from Mills' share.

The payment process will be as follows: The $980,000 check will be made out to Michelle Ortiz and deposited with the Clerk of this Court pursuant to the Court's March 20, 2012 Order. Ortiz will then endorse the check to the Clerk of Court, and the Clerk's Office will then issue payments based on the division of funds as agreed to and stated in this Order.

IT IS SO ORDERED.

Algenon L. Marbley, District Judge
United States District Court
Southern District of Ohio

Date: March 29, 2012